
# Strasburger
ATTORNEYS AT LAW

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

AUG 24 2015

CHRISTOPHER A. PRINE
CLERK

JACK CARNEGIE
713.9~~81.5673~~
jack.carnegie@strasburger.com

August 24, 2015

Mr. Christopher A. Prine
Clerk
Fourteenth Court of Appeals
301 Fannin, Suite 245
Houston, Texas 77002

Re:  *Amerigroup Texas, Inc. v. True View Surgery Center, L.P. d/b/a Town Park Surgery Center*

Court of Appeals No.: 014-15-00086-CV

Dear Mr. Prine:

Please consider this letter our request for the Clerk's Record including the sealed portion in the above-referenced appeal. Pursuant to our conversation, you have advised there is an order on file to release the sealed records. Thank you for your courtesy and assistance in the handling of this matter.

Sincerely

Jack G. Carnegie

JGC:ag

2234195.1/SPH/27768/0101/082415

**Strasburger & Price, LLP**

909 Fannin Street, Suite 2300  |  Houston, Texas 77010-1036  |  713.951.5600 tel  |  713.951.5660 fax  |  www.strasburger.com

Austin  |  Collin County  |  Dallas  |  Houston  |  San Antonio  |  New York  |  Washington, D.C.  |  Mexico City - Strasburger & Price, SC